**Jon M. Egan**, OSB 002467
Jegan@eganlegalteam.com
**Jon M. Egan, PC**
240 Sixth Street
Lake Oswego, OR 97034-2931
Telephone: (503) 697-3427
Fax: (866) 311-5629
Attorney for Plaintiffs

Hon. Donald C. Ashmanskas

FILED'07 DEC 19 14:56USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **GREGG BARTON WELCH, SR.** and **CAROLYN WELCH,**<br><br>                           Plaintiffs,<br>vs.<br><br>**RENEE FREDERICKSON**, an individual, and **BOZZIO'S RESTAURANT AND LOUNGE CORPORATION**, an Oregon corporation d/b/a THE GARIBALDI RESTAURANT,<br><br>                          Defendants. | Case No. 3:07-CV-1185-AS<br><br>STIPULATED ORDER REGARDING PLAINTIFFS' MOTIONS FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION *PENDENTE LITE* |

The parties to the above-captioned lawsuit hereby stipulate, and the Court hereby Orders:

1. From the date of this Order through the entry of judgment in this case,

neither Defendant shall sell, transfer, spend, disburse, withdraw from, secrete or dissipate any asset worth more than $500.00 without first obtaining Plaintiffs' permission.

**IT IS HEREBY STIPULATED** this 12th day of December, 2007.

| JON M. EGAN, P.C. | LARSEN AT LAW |
|---|---|
| /s/ Jon M. Egan | /s/ David B. Larsen |
| Jon M. Egan, OSB #002467<br>Attorney for Plaintiffs | David B. Larsen, OSB # 023621<br>Attorney for Defendants |

**IT IS HEREBY ORDERED** this \_\_\_19th\_\_\_ day of December, 2007.

_____
Hon. Anna J. Brown